# IN THE SUPREME COURT OF THE STATE OF NEVADA

ROBERT LEGRAND, WARDEN,
    Appellant,
    vs.
MIGUEL CASILLAS-GUTIERREZ,
    Respondent.

No. 71626

FILED

NOV 3 0 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

    This is an appeal from a district court order partially granting a postconviction petition for a writ of habeas corpus. The parties have filed a document in which they agree that this appeal may be dismissed. We treat the agreement as a joint motion to dismiss this appeal, and cause appearing, grant the motion. This appeal is dismissed.

    It is so ORDERED.

           _____, J.
           Hardesty

_____, J.      _____, J.
Parraguirre         Stiglich

cc: Hon. Janet J. Berry, District Judge
   Attorney General/Carson City
   Washoe County District Attorney
   Federal Public Defender/Las Vegas
   Washoe District Court Clerk
   Miguel Casillas-Gutierrez

17-41249